U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 22-CR-14047-MIDDLEBROOKS/MAYNARD

**UNITED STATES OF AMERICA**

**Inmate Name:** XAVIER DAUGHTRY

v.

**DC Number:** 270008

XAVIER DAUGHTRY,
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Sheriff Ken J. Mascara

It appearing from the petition of the United States of America that the defendant in the above case, XAVIER DAUGHTRY is confined in the SAINT LUCIE COUNTY JAIL at 900 N. ROCK ROAD, FORT PIERCE, FLORIDA 34945 and that this case is set for an INITIAL APPEARANCE as to the defendant at THE UNITED STATES FEDERAL COURTHOUSE, 101 S. U.S. HIGHWAY 1, COURTROOM 4074, FORT PIERCE, FLORIDA 34950, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of XAVIER DAUGHTRY now in custody as aforesaid, under safe and secure conduct, before this Court at UNITED STATES FEDERAL COURTHOUSE, 101 S. U.S. HIGHWAY 1, COURTROOM 4074, FORT PIERCE, FLORIDA 34950 by or before, 10:00 A. M., on August 17, 2022 for an INITIAL APPEARANCE on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of SAINT LUCIE COUNTY JAIL at 900 N. ROCK ROAD, FORT PIERCE, FLORIDA 34945 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Fort Pierce Florida, this 10th day of August, 2022

*(signature)*
HONORABLE SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (AUSA MICHAEL PORTER )
U.S. Marshal (3 certified copies)
Chief Probation Officer